NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: NEC CORPORATION,**

*Appellant*

---

2025-1636, 2025-1637

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01240, IPR2023-01241.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

2                                              IN RE: NEC CORPORATION

FOR THE COURT



July 10, 2025                           Jarrett B. Perlow
Date                                      Clerk of Court

**ISSUED AS A MANDATE:** July 10, 2025